IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| DENNIS DOE, | * | |
| Plaintiff, | * | |
| v. | * | Case No. 3:20-CV-00022-CDL |
| BOY SCOUTS OF AMERICA INC., et al, | * | |
| Defendants. | * | |

**J U D G M E N T**

Pursuant to this Court's Order dated October 15, 2026, and for the reasons stated therein, JUDGMENT is hereby entered, dismissing this case.

This 19th day of October, 2026.

David W. Bunt, Clerk

s/ Angelica E. Niccolai, Deputy Clerk